The Honorable Benjamin H. Settle

# UNITED STATES DISTRICTCOURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LORI COOK individually,

    Plaintiff,

vs.

HARRISON MEDICAL CENTER, a Washington nonprofit corporation,

    Defendant.

NO. 3:13-cv-05986

SPECIAL VERDICT FORM

On Plaintiff's first claim alleging retaliation in violation of the False Claims Act, 31 USC §3729 et al., answer the following questions:

1. Has the Plaintiff proven by a preponderance of the evidence that she was engaged in protected activity?

____ yes

____ no

**If you checked YES to question 1 above, then answer Question No. 2. If you checked NO to question 1 above, you are not to answer further Questions.**

2. Has the Plaintiff proven by a preponderance of the evidence that Defendant knew that she was engaged in protected activity?

____ yes

____ no

SPECIAL VERDICT FORM- 1

**If you checked YES to question 2 above, then answer Question No. 3. If you checked NO to question 2 above, you are not to answer further Questions.**

3. Has the Plaintiff proven by a preponderance of the evidence that Defendant terminated Plaintiff because she was engaged in protected activity?

____yes

____no

**If you checked YES to question 3 above, then answer Question No. 4. If you checked NO to question 3 above, you are not to answer further Questions.**

4. Has the Defendant proven by a preponderance of the evidence that its decision to terminate Plaintiff was also motivated by a lawful reason?

____yes

____no

**If you checked YES to question 4 above, then answer Question No. 5. If you checked NO to question 4 above, you are not to answer further Questions.**

If you answered no to question #4, what is your award of damages to the Plaintiff? $____ against Defendant.

5. Did Plaintiff prove by a preponderance of the evidence that Defendant's reasons for termination were pretextual?

____yes

____no

If you answered yes to question #5, what is your award of damages to the Plaintiff? $____ against Defendant.

_____
Foreperson

SPECIAL VERDICT FORM- 2

Plaintiff's position: Plaintiff does not stipulate to use of this Verdict Form.

DATED this 17th day of February, 2015.

                                  Respectfully submitted,

                                  POLSINELLI PC

                                  /s/ Sean R. Gallagher
                                Sean R. Gallagher
                                Megan Harry
                                1515 Wynkoop Street, Suite 600
                                Denver, Colorado 80202
                                Telephone: (303) 572.9300
                                *Counsel for Defendant*
                                *Harrison Medical Center*


                                SEBRIS BUSTO JAMES


                                /s/ Jeffrey A. James
                                Jeffrey A. James, WSBA No. 18277
                                14205 SE 36th Street, Suite 325
                                Bellevue, Washington 98006
                                Telephone: (425) 454-4233
                                *Local Counsel for Defendant*
                                *Harrison Medical Center*

# CERTIFICATE OF SERVICE

I, Holly Holman, certify under penalty of perjury under the laws of the United States that, on February 17, 2015, I served the attached document to the party listed below in the manner shown next to his/her name:

ATTORNEY FOR PLAINTIFF:

| | | |
|---|---|---|
| Robert Fulton, WSBA No. 29277 | [X] | By United States Mail |
| 601 Union St., Suite 4200 | [ ] | By Legal Messenger |
| Seattle, Washington 98101 | [ ] | By Facsimile |
| Robert@fultonlawpllc.com | [ ] | By Overnight Fed Ex Delivery |
| | [X] | Via E-Mail |
| | [ ] | Via E-service |

      /s/ Holly Holman
      Holly Holman

SPECIAL VERDICT FORM- 4