# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LORI COOK,<br><br>            Plaintiff,<br><br>     v.<br><br>HARRISON MEDICAL CENTER, a Washington non-profit corporation,<br><br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. CV13-5986 BHS |

__XX__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

THE COURT HAS ORDERED THAT judgment is entered in favor of Plaintiff Lori Cook based upon the Jury's Verdict finding: Lori Cook engaged in protected activity; Harrison Medical Center knew that Lori Cook was engaged in protected activity; Harrison Medical Center suspended or terminated Lori Cook because she was engaged in protected activity; Harrison Medical Center's unlawful conduct caused Lori Cook to incur damages in the amounts of $222,547 for lost past wages and benefits, $939,192 for lost future wages and benefits, and $222,547 for emotional distress damages.

Dated April 7, 2015.

William M. McCool
Clerk of Court

s/ *Gretchen Craft*
Gretchen Craft, Deputy Clerk